UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHAVONNE DIGGS, BRADY BRADBERRY, and CHRISTINA BRADBERRY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PROGRESS SOFTWARE CORPORATION.<br><br>Defendant. | Case No.: 1:23-cv-11370-ADB |

## UNOPPOSED MOTION TO EXTEND STAY

Defendant Progress Software Corporation ("Progress") respectfully moves this Court to extend the stay of this matter, currently set to end on November 3, 2023, by thirty (30) days, up to and including December 4, 2023[1]. Progress seeks this extension pending issuance of an administrative order governing consolidated pretrial proceedings in *IN RE: MOVEit Customer Data Security Breach Litig.*, Case No. 1:23-md-03083-ADB (the "Multidistrict Litigation"), which includes this matter. <u>Plaintiffs do not oppose the instant request</u>. In further support of this motion, Progress states:

1.     On August 11, 2023, Judge Nathaniel M. Gorton, then assigned to this matter, granted Progress' Unopposed Motion to Stay Proceedings pending a ruling by the Judicial Panel on Multidistrict Litigation ("JPML") on the Motion for Transfer of Actions Pursuant to 28 U.S.C. § 1407 for Centralized Pretrial Proceedings in the Multidistrict Litigation, then No. 3083 on the JPML's docket. (ECF No. 10.)

---

[1] December 3, 2023 is a Sunday.

1

2.	The prior Unopposed Motion requested a stay of this action for thirty (30) days following the JPML's ruling. (ECF No. 8.)

3.	The JPML issued its ruling on October 4, 2023, ordering centralization of related matters in this Court and transferring several actions to this Court. (ECF Nos. 11-12.)

4.	Accordingly, the current stay of this matter ends on November 3, 2023.

5.	As of this filing, there have been no administrative or other orders issued in the Multidistrict Litigation regarding the defendants' deadlines to respond to pleadings, including Plaintiff's Complaint.

6.	Accordingly, to permit additional time for such orders in the Multidistrict Litigation, Progress requests the stay of this matter be extended by thirty (30) days up to and including December 4, 2023.

WHEREFORE, Progress respectfully requests this Court to extend the stay of this matter by thirty (30) days, up to and including December 4, 2023.

Dated: October 30, 2023                                  Respectfully submitted,

*/s/ Eric Forni*
Eric Forni (BBO No. 669685)
DLA PIPER LLP
33 Arch Street, 26th Floor
Boston, Massachusetts 02110
T: 617.406.6040
E: eric.forni@us.dlapiper.com

Jeffrey Tsai*
DLA PIPER LLP
555 Mission Street
Suite 2400

San Francisco, California 94105
T: 415.615.6055
E: jeff.tsai@us.dlapiper.com

Andrew Serwin*
DLA PIPER LLP
4365 Executive Drive
Suite 1100
San Diego, California 92121
T: 858.677.1418
E: andrew.serwin@us.dlapiper.com

Eric Roberts*
DLA PIPER LLP
444 West Lake Street
Suite 900
Chicago, Illinois 60606
T: 312.368.2167
E: eric.roberts@us.dlapiper.com

Haley D. Torrey*
DLA PIPER LLP
1650 Market Street
Suite 5000
Philadelphia, Pennsylvania 19103
T: 215.656.2436
E: haley.torrey@us.dlapiper.com

*Application for pro hac vice forthcoming*

*Attorneys for Defendant Progress Software Corporation*

## LOCAL RULE 7.1

I, Haley D. Torrey, counsel for Defendants Progress Software Corporation ("Progress") in the above-entitled matter, hereby certify that pursuant to U.S. District Court for the District of Massachusetts Local Rule 7.1(a)(2), Progress' counsel conferred with counsel for Plaintiffs by electronic email on October 27, 2023, regarding the instant motion. Through such communication, counsel for Plaintiffs confirmed that Plaintiffs do not oppose the instant motion.

Respectfully Submitted,

*/s/ Haley D. Torrey*

Haley D. Torrey

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of October 2023, I filed a true and correct copy of the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

Respectfully Submitted,

*/s/ Eric Forni*

Eric Forni